IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent, | § | |
| | § | |
| v. | § | C.R. No. H-01-750 |
| | § | C.A. No. H-05-2173 |
| DAVID MICHAEL ROSENBLUM, | § | |
| | § | |
| Petitioner. | § | |

## FINAL JUDGMENT

As Petitioner David Michael Rosenblum's 28 U.S.C. § 2255 Motion to Vacate,

Set Aside, or Correct Sentence (Criminal Document No. 26; Civil Document No. 1)

has been denied, and the United States of America's Motion to Dismiss (Criminal

Document No. 28) has been granted, the Court hereby

DISMISSES Petitioner David Michael Rosenblum's 28 U.S.C. § 2255 Motion.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 29th day of November, 2005.

_____

DAVID HITTNER

United States District Judge